B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Globe Iron Construction Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-0567422** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1401 Maltby Avenue**<br>**Norfolk, VA**     ZIP Code **23504** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Norfolk City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Globe Iron Construction Co., Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Globe Iron Construction Co., Inc.** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Karen M. Crowley VSB**
Signature of Attorney for Debtor(s)

**Karen M. Crowley VSB #35881**
Printed Name of Attorney for Debtor(s)

**Crowley, Liberatore & Ryan, PC**
Firm Name

**1435 Crossways Blvd
Suite 300
Chesapeake, VA 23320-2896**

Address

**(757) 333-4500  Fax: (757) 333-4501**
Telephone Number

**June 10, 2011**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ SAUL B MEDNICK**
Signature of Authorized Individual

**SAUL B MEDNICK**
Printed Name of Authorized Individual

**VP / General Manager**
Title of Authorized Individual

**June 10, 2011**
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re  __Globe Iron Construction Co., Inc.__ _____     Case No. _____

Debtor(s)                                      Chapter      __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ALLIED CRAWFORD (PETERSBURG)**<br>**2021 BESSEMER ROAD**<br>**PETERSBURG, VA 23805** | **ALLIED CRAWFORD (PETERSBURG)**<br>**2021 BESSEMER ROAD**<br>**PETERSBURG, VA 23805** | | | **24,202.48** |
| **CARBOLINE CO**<br>**P O BOX 931942**<br>**CLEVELAND, OH 44193** | **CARBOLINE CO**<br>**P O BOX 931942**<br>**CLEVELAND, OH 44193** | | **Subject to Setoff** | **41,887.84** |
| **CIRCLE M CONTRACTING INC**<br>**1400 LONDON BLVD**<br>**PORTSMOUTH, VA 23704** | **CIRCLE M CONTRACTING INC**<br>**1400 LONDON BLVD**<br>**PORTSMOUTH, VA 23704** | | **Subject to Setoff** | **42,328.00** |
| **CLAYMONT STEEL**<br>**P O BOX 643507**<br>**CINCINNATI, OH 45264-3507** | **CLAYMONT STEEL**<br>**P O BOX 643507**<br>**CINCINNATI, OH 45264-3507** | | | **61,621.16** |
| **ERVIN INDUSTRIES INC**<br>**DEPT 77997**<br>**P O BOX 77000**<br>**DETROIT, MI 48277-0997** | **ERVIN INDUSTRIES INC**<br>**DEPT 77997**<br>**P O BOX 77000**<br>**DETROIT, MI 48277-0997** | | | **19,271.50** |
| **GERDAU AMERISTEEL**<br>**P O BOX 116660**<br>**ATLANTA, GA 30368-6660** | **GERDAU AMERISTEEL**<br>**P O BOX 116660**<br>**ATLANTA, GA 30368-6660** | | | **25,817.69** |
| **GOODMAN & COMPANY**<br>**P O BOX 3247**<br>**NORFOLK, VA 23514-3247** | **GOODMAN & COMPANY**<br>**P O BOX 3247**<br>**NORFOLK, VA 23514-3247** | | | **26,270.00** |
| **INFRA-METALS CO VIRGINIA DIV**<br>**P.O. BOX 409828**<br>**ATLANTA, GA 30384-9828** | **INFRA-METALS CO VIRGINIA DIV**<br>**P.O. BOX 409828**<br>**ATLANTA, GA 30384-9828** | | **Subject to Setoff** | **380,815.91** |
| **Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **26,402.27** |
| **MID ATLANTIC STEEL ERECTORS IN**<br>**832 WESTWOOD PINE COURT**<br>**MOSELEY, VA 23120** | **MID ATLANTIC STEEL ERECTORS IN**<br>**832 WESTWOOD PINE COURT**<br>**MOSELEY, VA 23120** | | **Subject to Setoff** | **64,450.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Globe Iron Construction Co., Inc.**                            Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| NORFOLK CITY TREASURER THOMAS W MOSS, JR - TREASURER<br>P O BOX 3215<br>NORFOLK, VA 23514-3215 | NORFOLK CITY TREASURER THOMAS W MOSS, JR - TREASURER<br>P O BOX 3215<br>NORFOLK, VA 23514-3215 | Personal property taxes | | 122,373.58 |
| PHOENIX METALS COMPANY<br>P O BOX 932589<br>ATLANTA, GA 31193-2589 | PHOENIX METALS COMPANY<br>P O BOX 932589<br>ATLANTA, GA 31193-2589 | | | 13,735.72 |
| PREMIER STEEL, INC.<br>25 ROCKWOOD PLACE 3RD FLOOR<br>ENGLEWOOD, NJ 07631 | PREMIER STEEL, INC.<br>25 ROCKWOOD PLACE 3RD FLOOR<br>ENGLEWOOD, NJ 07631 | | | 13,589.75 |
| SOUTHLAND TUBE INC<br>P O BOX 1205<br>BIRMINGHAM, AL 35201-1205 | SOUTHLAND TUBE INC<br>P O BOX 1205<br>BIRMINGHAM, AL 35201-1205 | | | 20,628.41 |
| SUNTRUST BANKCARD N A<br>P O BOX 791250<br>BALTIMORE, MD 21279-1250 | SUNTRUST BANKCARD N A<br>P O BOX 791250<br>BALTIMORE, MD 21279-1250 | | | 13,191.04 |
| SUPERMEDIA, LLC<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>P O BOX 619009<br>DFW AIRPORT, TX 75261-9009 | SUPERMEDIA, LLC<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>P O BOX 619009<br>DFW AIRPORT, TX 75261-9009 | | | 18,838.53 |
| TRIAD METALS INTERNATIONAL<br>ONE VILLAGE ROAD<br>HORSHAM, PA 19044-3800 | TRIAD METALS INTERNATIONAL<br>ONE VILLAGE ROAD<br>HORSHAM, PA 19044-3800 | | | 25,995.25 |
| UGPLAY CLEANING GROUP<br>537 WEST 24TH STREET<br>NORFOLK, VA 23517 | UGPLAY CLEANING GROUP<br>537 WEST 24TH STREET<br>NORFOLK, VA 23517 | | | 15,355.00 |
| VANDEVENTER, BLACK, MEREDITH & MARTIN<br>500 WORLD TRADE CENTER<br>NORFOLK, VA 23510 | VANDEVENTER, BLACK, MEREDITH & MARTIN<br>500 WORLD TRADE CENTER<br>NORFOLK, VA 23510 | | | 37,123.73 |
| WILLIAMS STEEL ERECTION CO.<br>P O BOX 1770<br>MANASSAS, VA 20108 | WILLIAMS STEEL ERECTION CO.<br>P O BOX 1770<br>MANASSAS, VA 20108 | | Disputed | 107,764.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Globe Iron Construction Co., Inc.**                                      Case No. _____

                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the VP / General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **June 10, 2011**                           Signature    **/s/ SAUL B MEDNICK**
                                                                 **SAUL B MEDNICK**
                                                                 **VP / General Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court

### Eastern District of Virginia

In re   **Globe Iron Construction Co., Inc.**          ,        Case No. _____

                                    Debtor              Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David S. Peregoff**<br>**Lee S. Peregoff - Custodian**<br>**1005 Granada Court**<br>**Virginia Beach, VA 23456** | **Common** | **124** | |
| **Elaine Toby Mednick Rutherford**<br>**109 55 1/2 Street**<br>**Virginia Beach, VA 23451-2269** | **Common** | **841.83** | |
| **Felicia Rae Mednick**<br>**137 State Street**<br>**Amherst, MA 01002** | **Common** | **882.83** | |
| **Joel Howard Mednick**<br>**1706 Claremont Avenue**<br>**Norfolk, VA 23507** | **Common** | **802.83** | |
| **Judith M. Cofield & Martha Mednick, Tee**<br>**521 Wilder Drive**<br>**Virginia Beach, VA 23451** | **Common** | **1283.67** | |
| **Lee Steven Peregoff**<br>**1005 Granada Court**<br>**Virginia Beach, VA 23456** | **Common** | **3532.34** | |
| **Martha D. Mednick**<br>**521 Wilder Drive**<br>**Virginia Beach, VA 23451** | **Common** | **1283.67** | |
| **Michael Jerome Mednick**<br>**20372 North Sea Circle**<br>**Lake Forest, CA 92630** | **Common** | **298** | |
| **Michael S. Peregoff**<br>**Lee S. Peregoff - Custodian**<br>**1005 Granada Court**<br>**Virginia Beach, VA 23456-4211** | **Common** | **124** | |
| **Saul Bruce Mednick**<br>**1706 Claremont Avenue**<br>**Norfolk, VA 23507** | **Common** | **1,252.83** | |

   **0** _____ continuation sheets attached to List of Equity Security Holders

In re    **Globe Iron Construction Co., Inc.**                                    ,    Case No. _____

Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the VP / General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June 10, 2011**_____        Signature **/s/ SAUL B MEDNICK**_____

**SAUL B MEDNICK**
**VP / General Manager**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

ADVANCED SYSTEMS SOLUTIONS
P O BOX 10098
VIRGINIA BEACH, VA 23450


AIRGAS NATIONAL WELDERS
P O BOX 601985
CHARLOTTE, NC 28260-1985


AISC INDUSTRY FUND
3411 EAGLE WAY
CHICAGO, IL 60678-1034


AKZO NOBEL PAINTS LLC
P.O. BOX 905066
CHARLOTTE, NC 28290-5066


AL INDUSTRIAL US LP
P O BOX 95198
CHICAGO, IL 60694


ALLIED CRAWFORD (PETERSBURG)
2021 BESSEMER ROAD
PETERSBURG, VA 23805


AMERICAN ALLOY STEEL
6230 NORTH HOUSTON-ROSSLYN RD
P O BOX 40469
HOUSTON, TX 77240-0469


APPRIVER
SUITE 200
1101 GULF BREEZE PARKWAY
GULF BREEZE, FL 32561-4858


ARCELOR MITTAL LAPLACE LLC
P O BOX 972767
DALLAS, TX 75397-2767


ARCET EQUIPMENT COMPANY
P O BOX 11358
NORFOLK, VA 23517-0358


AT&T MOBILITY
P O BOX 6463
CAROL STREAM, IL 60197-6463

ATLANTIC FIRE SAFETY PRODUCTS
224 EAST HICKORY RD
CHESAPEAKE, VA 23322-2229


BARBARA O. CARRAWAY, TREASURER
824 OLD GEO WASHINGTON HWY
CHESAPEAKE, VA 23323


BMG METALS, INC.
P.O. BOX 7536
RICHMOND, VA 23231-0036


BUILDERS CONTRACTORS EXCHG
P O BOX 12299
NORFOLK, VA 23541-2299


CAMDEN YARDS STEEL COMPANY
P O BOX 8280
PHILADELPHIA, PA 19101-8280


CAPITAL INDUSTRIAL SUPPLY LTD
800 PORT CENTRE PARKWAY
PORTSMOUTH, VA 23704


CARBOLINE CO
P O BOX 931942
CLEVELAND, OH 44193


CAVALIER TELEPHONE
P.O. BOX 9001111
LOUISVILLE, KY 40290-1111


CFE EQUIPMENT CORP
818 WIDGEON RD
NORFOLK, VA 23513


CHATHAM STEEL CORP
P O BOX 930362
ATLANTA, GA 31193


CIRCLE M CONTRACTING INC
1400 LONDON BLVD
PORTSMOUTH, VA 23704

City of Hampton, Treasurer
22 Lincoln Street
Hampton, VA 23669


City of Richmond, Treasurer
900 East Broad Street
Richmond, VA 23219


CITY OF VA BEACH
JOHN T ATKINSON, TREASURER
MUNICIPAL CENTER
VIRGINIA BEACH, VA 23456-0157


CITYWIDE PROTECTION SVCS INC
1021 EDEN WAY NORTH  SUITE 126
CHESAPEAKE, VA 23320


CLAYMONT STEEL
P O BOX 643507
CINCINNATI, OH 45264-3507


DE GE INC
P O BOX 1180
GRAHAM, NC 27253-1180


DEPT OF MOTOR VEHICLES
P O BOX 25850
RICHMOND, VA 23260-5850


Dillon Supply Co.
PO BOX 602541
Charlotte, NC 28260-2541


DODSON PEST CONTROL
P O BOX 17242
BALTIMORE, MD 21297


DOMINION VIRGINIA POWER
P O BOX 26543
RICHMOND, VA 23290-0001

Donald C. Schultz, Esq.
Crenshaw, Ware & Martin, PLC
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510


EMPIRE MACH & SUPPLY CORP
1961 DIAMOND SPRINGS ROAD
VIRGINIA BEACH, VA 23455


ENVIROCOMPLIANCE LABORATORIES
816 KIWANIS STREET
HAMPTON, VA 23661


EQUIFAX INFORMATION SVCS, LLC
P O BOX 105835
ATLANTA, GA 30348-5835


ERVIN INDUSTRIES INC
DEPT 77997
P O BOX 77000
DETROIT, MI 48277-0997


ERVIN LEASING COMPANY
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1689
ANN ARBOR, MI 48106


FARMERS COOPER LTD
P O BOX 2649
GALVESTON, TX 77553


FEDERAL EXPRESS CORP
P.O. Box 371461
Pittsburgh, PA 15250-7461


FEI FRISCHKORN RO
P O BOX 536479
ATLANTA, GA 30353-6479


FIRST DATA
please provide

FLEET PRINTING SERVICES INC
712 WEST 20TH STREET
NORFOLK, VA 23517-0191


FORD CREDIT
P O BOX 94380
PALATINE, IL 60094-4380


FOUR LANE CONSTRUCTION
6315 VREB NAR DR #250
Alexandria, VA 22312


Frank M. Conway, Clerk of Court
100 N. Calvert ST, Room 628
Baltimore, MD 21202


G C R TIRES
T.D.S.
DEPT 530
DENVER, CO 80291-0530


GERDAU AMERISTEEL
P O BOX 116660
ATLANTA, GA 30368-6660


GOOD SEED LAWN & IRRIGATION
2129 GENERAL BOOTH BLVD
SUITE 103-205
VIRGINIA BEACH, VA 23454


GOODMAN & COMPANY
P O BOX 3247
NORFOLK, VA 23514-3247


GRUBB STAMP CO
3303 AIRLINE BLVD SUITE 1 G
PORTSMOUTH, VA 23701


HAYDON BOLTS INC
1181 UNITY STREET
PHILADELPHIA, PA 19124-3196

HENSEL PHELPS
4437 Brookfield Corporate Drive
Suite 207
Chantilly, VA 20151


HILTI INC
P O BOX 382002
PITTSBURGH, PA 15250-8002


HOWLETT ELEVATOR CO
2264 KINGS HIGHWAY
SUFFOLK, VA 23435


HRUBS
P O BOX 1453
NORFOLK, VA 23501-1453


HYDRAULIC REPAIR CORP
2503 DETROIT ST
PORTSMOUTH, VA 23707-1707


IKON FINANCIAL SERVICES
P O BOX 740540
ATLANTA, GA 30374-0540


IKON OFFICE SOLUTIONS
P.O. BOX 827577
PHILADELPHIA, PA 19182-7577


INDUSTRIAL GALVANIZERS VA
3535 HALIFAX ROAD
PETERSBURG, VA 23805-1113


INFRA-METALS CO VIRGINIA DIV
P.O. BOX 409828
ATLANTA, GA 30384-9828


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


JOHNS BROTHERS SECURITY, INC.
1384 INGLESIDE ROAD
NORFOLK, VA 23502-1916

Kramon & Graham, PA
One South Street, Suite 2600
Baltimore, MD 21202


L & W MACHINE INC
3301 LAFAYETTE BLVD
NORFOLK, VA 23513-4141


LEE S. PEREGOFF
1005 GRANADA COURT
VIRGINIA BEACH, VA 23456-4211


LEWIS & MCKENNA
82 E. ALLENDALE RD
SADDLE RIVER, NJ 07458


LIBERTY MUTUAL
P O BOX 0569
CAROL STREAM, IL 60132-0569


LUCAS CORPORATION
8833 CENTRAL AVE NE
BLAINE, MN 55434


MAIL FINANCE
LEASE# H11021185
P O BOX 45850
SAN FRANCISCO, CA 94145-0850


MAJOR SAFETY SERVICE
4500 PATENT ROAD
NORFOLK, VA 23502


MARCO SUPPLY CO INC
P O BOX 11586
ROANOKE, VA 24022-1586


MCKENDREE & CO INC
P O BOX 6223
NORFOLK, VA 23508-0223


METAL MAGIC
5020 WHITE BRIDGE ROAD
WAYNESBORO, VA 22980

METALS USA-NORTHEAST
PLATES AND SHAPES NORTHEAST
P O BOX 827110
PHILADELPHIA, PA 19182-7110


METALS USA-SOUTHEAST
PLATES & SHAPES SOUTHEAST
P O BOX 532533
ATLANTA, GA 30353-2533


MFASCO
P O BOX 386
ROSEVILLE, MI 48066


MID ATLANTIC STEEL ERECTORS IN
832 WESTWOOD PINE COURT
MOSELEY, VA 23120


MIRIAM SEEHERMAN REVOCABLE TRU
MIRIAM SEEHERMAN TRUSTEE, FBO
109 55th STREET
VIRGINIA BEACH, VA 23451


MORGAN L STEELE
13443 BENTLEY HEATH WAY
CARROLLTON, VA 23314


NEW MILLENNIUM BLDG. SYSTEMS
P O BOX 532097
ATLANTA, GA 30353-2097


NORFOLK BEARING & SUPPLY CO IN
P O BOX 12825
NORFOLK, VA 23541-9502


NORFOLK CITY TREASURER
THOMAS W MOSS, JR - TREASURER
P O BOX 3215
NORFOLK, VA 23514-3215


OHIO GRATINGS, INC.
5299 SOUTHWAY SW
CANTON, OH 44706

PAPCO
P O BOX 60507
CHARLOTTE, NC 28260-0507


PATRICK MACHINERY & TOOL CORP
128 HANGING MOSS LANE
MADISON, MS 39110


PEDDINGHAUS
300 NORTH WASHINGTON AVE
BRADLEY, IL 60915


PENDER & COWARD P.C.
SUITE 400
222 CENTRAL PARK AVENUE
VIRGINIA BEACH, VA 23462


PHOENIX METALS COMPANY
P O BOX 932589
ATLANTA, GA 31193-2589


PIZZA GALI
32 PENCE LAND RD
Middletown, VA 22645


PLANT FACTORY INTERIORS, INC.
T/A MR GREENJEANS
P O BOX 2686
VIRGINIA BEACH, VA 23450


PPG ARCHITECTURAL FINISHES
P O BOX 536864
ATLANTA, GA 30353


PREMIER STEEL, INC.
25 ROCKWOOD PLACE 3RD FLOOR
ENGLEWOOD, NJ 07631


PRO CHEM INC
P O BOX 1309
ALPHARETTA, GA 30009


PRO FINISHES PLUS
4501 BEACH ROAD
TEMPLE HILLS, MD 20748-6791

R & B WAGNER INC
P O BOX 423
BUTLER, WI 53007


RICHARD JAMES & ASSOCIATES INC
4317 NE THURSTON WAY  SUITE 270
VANCOUVER, WA 98662


ROBERT SEEHERMAN REVOCABLE TRU
ROBERT SEEHERMAN TRUSTEE, FBO
109 55th STREET
VIRGINIA BEACH, VA 23451


ROOF ENGINEERING CORP
3401 MANGROVE AVE
NORFOLK, VA 23502


S B BALLARD Construction Co.
2828 SHIPS CORNER RD
VIRGINIA BEACH, VA 23453


S.B. BALLARD
2828 SHIPS CORNER RD
Virginia Beach, VA 23453


SAFETY-KLEEN CORP
P O BOX 382066
PITTSBURGH, PA 15250-8066


SAGE SOFTWARE, INC.
P O BOX 728
BEAVERTON, OR 97075-0728


SAUL B MEDNICK
1706 CLAREMONT AVE
NORFOLK, VA 23507-1120


SAUL B MEDNICK
1706 CLAREMONT AVENUE
NORFOLK, VA 23507-1120


SAUL MEDNICK
1706 CLAREMONT AVENUE
NORFOLK, VA 23507

SEA PORT MARINE CORP
P O BOX 3108
CHESAPEAKE, VA 23320-1694


Sherwin Williams
5209 Virginia Beach Blvd
Norfolk, VA 23502-3498


SI-TECH
804-F INDUSTRIAL AVENUE
CHESAPEAKE, VA 23324


SIMPLEX TIME RECORDER CO
DEPT CH 10320
PALATINE, IL 60055-0320


SOUTHERN SANITARY CO
P O BOX 1530
NORFOLK, VA 23501-1530


SOUTHLAND TUBE INC
P O BOX 1205
BIRMINGHAM, AL 35201-1205


STAPLES ADVANTAGE
DEPT DC
P O BOX 415256
BOSTON, MA 02241-5256


STUART PEREGOFF TRUST
S BERYL ADLER, TRUSTEE
222 CENTRAL PARK AVENUE SUITE 4
VIRGINIA BEACH, VA 23462


SUBURBAN PROPANE
ACCT 1168-020660
P O BOX 74803
RICHMOND, VA 23236


SUNTRUST BANK
PO BOX 79079
BALTIMORE, MD 21279-0079

SUNTRUST BANKCARD N A
P O BOX 791250
BALTIMORE, MD 21279-1250


SUPERMEDIA, LLC
ATTN: ACCOUNTS RECEIVABLE DEPT
P O BOX 619009
DFW AIRPORT, TX 75261-9009


T W METALS INC
P O BOX 933014
ATLANTA, GA 31193-3014


THE A588 & A572 STEEL COMPANY
133 SEBAGO LAKE DRIVE
SEWICKLEY, PA 15143


THE AMERICAN PUNCH CORP
1655 CENTURY CORNERS PKWY.
EUCLID, OH 44132


TMC TRANSPORTATION
4335 PAYSPHERE CIRCLE
CHICAGO, IL 60674


TRIAD METALS INTERNATIONAL
ONE VILLAGE ROAD
HORSHAM, PA 19044-3800


TRINITY STEEL ERECTION INC
P O BOX 774
POWHATAN, VA 23139


TRIO FASTENERS INC
11190 HOPSON RD
ASHLAND, VA 23005


UGPLAY CLEANING GROUP
537 WEST 24TH STREET
NORFOLK, VA 23517


UNIFIRST CORPORATION
ATTN: ACCOUNTS RECEIVABLE
2001 CHURCH ST
NORFOLK, VA 23504

URSANAV
616 INNOVATION DRIVE
CHESAPEAKE, VA 23320


VANDEVENTER, BLACK,
MEREDITH & MARTIN
500 WORLD TRADE CENTER
NORFOLK, VA 23510


VIRGINIA DEPT OF TAXATION
P O BOX 27407
RICHMOND, VA 23261-7407


VIRGINIA NATURAL GAS CO INC
P O BOX 70840
CHARLOTTE, NC 28272-0991


VULCRAFT
P O BOX 75156
CHARLOTTE, NC 28275


WASTE MGMT OF HAMPTON ROADS
P O BOX 13648
PHILADELPHIA, PA 19101-3648


WATERFRONT MARINE
2809 Crusader Circle
Virginia Beach, VA 23453


WILLIAMS STEEL ERECTION CO.
P O BOX 1770
MANASSAS, VA 20108


WM JORDAN
PO BOX 1337
Newport News, VA 23601


YARDE METALS INC
45 NEWELL STREET
SOUTHINGTON, CT 06489-1424

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Globe Iron Construction Co., Inc.**                  Case No.

                                         Debtor(s)               Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Globe Iron Construction Co., Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 10, 2011**
_____
Date

**/s/ Karen M. Crowley VSB**
_____
**Karen M. Crowley VSB #35881**
Signature of Attorney or Litigant
Counsel for    **Globe Iron Construction Co., Inc.**
**Crowley, Liberatore & Ryan, PC**
**1435 Crossways Blvd**
**Suite 300**
**Chesapeake, VA 23320-2896**
**(757) 333-4500 Fax:(757) 333-4501**

## CONSENT IN LIEU OF MEETING
## OF THE BOARD OF DIRECTORS
## OF GLOBE IRON CONSTRUCTION CO., INC.

Pursuant to Section13.1-685 of the Code of Virginia, 1950, as amended, relating to corporate actions taken without a meeting, the following persons, comprising all of the members of the Board of Directors of Globe Iron Construction Co., Inc., a Virginia corporation (the "Corporation"), hereby consent to the following corporate actions and adopt the following resolutions:

Whereas, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Saul Mednick, General Manager and Vice President is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Saul Mednick is authorized and directed to serve as the designated representative and appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that the Corporation is authorized and directed to employ the law firm of Crowley, Liberatore & Ryan, P.C. to represent it in such bankruptcy case.

Date: June ___6___, 2011

/s/ _____
Lee Steven Peregoff, Director

Date: June ___6___, 2011

/s/ _____
Michael Jerome Mednick, Director

Date: June ___6___, 2011

/s/ _____
Saul Bruce Mednick, Director