# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Globe Iron Construction Co., Inc.**                                                                 Case No.  **11-72717**
                                              Debtor(s)                                                      Chapter    **11**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  *Check if applicable:* [ ] Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on ____.*]**
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Schedule A - Real Property
- [ ] Schedule B - Personal Property
- [ ] Schedule C - Property Claimed as Exempt
- [ ] **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - [ ] **Creditor(s) added**    [ ] **Creditor(s) deleted**
  - [ ] **Change in amounts owed or classification of debt**
  - [ ] **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE**]
  - [ ] **Post-petition creditors added (Schedule of Unpaid Debts)**
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- [ ] Schedule G- Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- [ ] Disclosure of Compensation of Attorney for Debtor
- [x] Other:  Amended List of Creditors Holding 20 Largest Unsecured Claims

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:   **via electronic mail this 16th day of June, 2011**   .

Date:  **June 16, 2011**

                                                                **/s/ Karen M. Crowley VSB**
                                                                 Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                                                State Bar No.:   **#35881**
                                                                Mailing Address: **Crowley, Liberatore & Ryan, PC**
                                                                                 **1435 Crossways Blvd**
                                                                                 **Suite 300**
                                                                                 **Chesapeake, VA 23320-2896**
                                                                Telephone No.:   **(757) 333-4500**

[amendcs ver. 10/2007]

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Globe Iron Construction Co., Inc.**                                           Case No.  **11-72717**
                                    Debtor(s)                                          Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ALLIED CRAWFORD (PETERSBURG)**<br>**2021 BESSEMER ROAD**<br>**PETERSBURG, VA 23805** | **ALLIED CRAWFORD (PETERSBURG)**<br>**2021 BESSEMER ROAD**<br>**PETERSBURG, VA 23805** | | | **21,842.65** |
| **CARBOLINE CO**<br>**P O BOX 931942**<br>**CLEVELAND, OH 44193** | **CARBOLINE CO**<br>**P O BOX 931942**<br>**CLEVELAND, OH 44193** | | **Subject to Setoff** | **42,507.43** |
| **CIRCLE M CONTRACTING INC**<br>**1400 LONDON BLVD**<br>**PORTSMOUTH, VA 23704** | **CIRCLE M CONTRACTING INC**<br>**1400 LONDON BLVD**<br>**PORTSMOUTH, VA 23704** | | **Subject to Setoff** | **42,328.00** |
| **CLAYMONT STEEL**<br>**P O BOX 643507**<br>**CINCINNATI, OH 45264-3507** | **CLAYMONT STEEL**<br>**P O BOX 643507**<br>**CINCINNATI, OH 45264-3507** | | | **61,621.16** |
| **ERVIN INDUSTRIES INC**<br>**DEPT 77997**<br>**P O BOX 77000**<br>**DETROIT, MI 48277-0997** | **ERVIN INDUSTRIES INC**<br>**DEPT 77997**<br>**P O BOX 77000**<br>**DETROIT, MI 48277-0997** | | | **19,271.50** |
| **GERDAU AMERISTEEL**<br>**P O BOX 116660**<br>**ATLANTA, GA 30368-6660** | **GERDAU AMERISTEEL**<br>**P O BOX 116660**<br>**ATLANTA, GA 30368-6660** | | | **25,817.69** |
| **GOODMAN & COMPANY**<br>**P O BOX 3247**<br>**NORFOLK, VA 23514-3247** | **GOODMAN & COMPANY**<br>**P O BOX 3247**<br>**NORFOLK, VA 23514-3247** | | | **26,270.00** |
| **INFRA-METALS CO VIRGINIA DIV**<br>**P.O. BOX 409828**<br>**ATLANTA, GA 30384-9828** | **INFRA-METALS CO VIRGINIA DIV**<br>**P.O. BOX 409828**<br>**ATLANTA, GA 30384-9828** | | **Disputed**<br>**Subject to Setoff** | **380,815.91** |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | | | **26,402.27** |
| **MID ATLANTIC STEEL ERECTORS IN**<br>**832 WESTWOOD PINE COURT**<br>**MOSELEY, VA 23120** | **MID ATLANTIC STEEL ERECTORS IN**<br>**832 WESTWOOD PINE COURT**<br>**MOSELEY, VA 23120** | | **Subject to Setoff** | **64,450.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Globe Iron Construction Co., Inc.**                                      Case No.  **11-72717**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **NORFOLK CITY TREASURER THOMAS W MOSS, JR - TREASURER P O BOX 3215 NORFOLK, VA 23514-3215** | **NORFOLK CITY TREASURER THOMAS W MOSS, JR - TREASURER P O BOX 3215 NORFOLK, VA 23514-3215** | **Personal property taxes** | | **122,373.58** |
| **PHOENIX METALS COMPANY P O BOX 932589 ATLANTA, GA 31193-2589** | **PHOENIX METALS COMPANY P O BOX 932589 ATLANTA, GA 31193-2589** | | | **13,735.72** |
| **PREMIER STEEL, INC. 25 ROCKWOOD PLACE 3RD FLOOR ENGLEWOOD, NJ 07631** | **PREMIER STEEL, INC. 25 ROCKWOOD PLACE 3RD FLOOR ENGLEWOOD, NJ 07631** | | | **13,589.75** |
| **SOUTHLAND TUBE INC P O BOX 1205 BIRMINGHAM, AL 35201-1205** | **SOUTHLAND TUBE INC P O BOX 1205 BIRMINGHAM, AL 35201-1205** | | | **20,628.41** |
| **SUNTRUST BANKCARD N A P O BOX 791250 BALTIMORE, MD 21279-1250** | **SUNTRUST BANKCARD N A P O BOX 791250 BALTIMORE, MD 21279-1250** | | | **13,191.04** |
| **SUPERMEDIA, LLC ATTN: ACCOUNTS RECEIVABLE DEPT P O BOX 619009 DFW AIRPORT, TX 75261-9009** | **SUPERMEDIA, LLC ATTN: ACCOUNTS RECEIVABLE DEPT P O BOX 619009 DFW AIRPORT, TX 75261-9009** | | | **18,838.53** |
| **TRIAD METALS INTERNATIONAL ONE VILLAGE ROAD HORSHAM, PA 19044-3800** | **TRIAD METALS INTERNATIONAL ONE VILLAGE ROAD HORSHAM, PA 19044-3800** | | | **25,995.25** |
| **TRINITY STEEL ERECTION INC P O BOX 774 POWHATAN, VA 23139** | **TRINITY STEEL ERECTION INC P O BOX 774 POWHATAN, VA 23139** | | **Subject to Setoff** | **19,619.29** |
| **UGPLAY CLEANING GROUP 537 WEST 24TH STREET NORFOLK, VA 23517** | **UGPLAY CLEANING GROUP 537 WEST 24TH STREET NORFOLK, VA 23517** | | | **15,355.00** |
| **WILLIAMS STEEL ERECTION CO. P O BOX 1770 MANASSAS, VA 20108** | **WILLIAMS STEEL ERECTION CO. P O BOX 1770 MANASSAS, VA 20108** | | **Disputed** | **107,764.00** |

Case 11-72717-SCS    Doc 25    Filed 06/16/11    Entered 06/16/11 14:52:15    Desc Main
                          Document      Page 4 of 4

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Globe Iron Construction Co., Inc.**                                                    Case No.  **11-72717**

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the VP / General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 15, 2011**                           Signature  **/s/ SAUL B MEDNICK**
                                                             **SAUL B MEDNICK**
                                                             **VP / General Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.